DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. SMART

No. 463P90

Case below: 99 N.C.App. 730

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

STATE v. WILLIAMS

No. 92P91

Case below: 100 N.C.App. 567

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals dismissed 3 April 1991.

STATE EX REL. ENVIR. MGMT. COMM. v. HOUSE OF RAEFORD FARMS

No. 129P91

Case below: 101 N.C.App. 433

Petition by defendants for writ of supersedeas and temporary stay denied 3 April 1991. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

TAYLOR v. BOONE

No. 74P91

Case below: 101 N.C.App. 244

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

THOMAS v. OVERLAND EXPRESS, INC.

No. 43P91

Case below: 101 N.C.App. 90

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.